# United States Court of Appeals
## For the First Circuit

No. 10-1983

PUERTO RICO TELEPHONE COMPANY, INC.,
Plaintiff, Appellant,

v.

TELECOMMUNICATIONS REGULATORY BOARD OF PUERTO RICO;
SANDRA TORRES-LÓPEZ, in her official capacity as
President of the Telecommunications Regulatory Board of
Puerto Rico; GLORIA ESCUDERO-MORALES, in her official
capacity as Associate Member of the Telecommunications
Regulatory Board of Puerto Rico; NIXYVETTE SANTINI-HERNÁNDEZ,
in her official capacity as Associate Member of the
Telecommunications Regulatory Board of Puerto Rico;
WORLDNET TELECOMMUNICATIONS, INC.,
Defendants, Appellees.

---

No. 10-2028

WORLDNET TELECOMMUNICATIONS, INC.,
Plaintiff, Appellee,

v.

PUERTO RICO TELEPHONE COMPANY, INC.,
Defendant, Appellant,

TELECOMMUNICATIONS REGULATORY BOARD OF PUERTO RICO;
SANDRA TORRES-LÓPEZ, in her official capacity as
President of the Telecommunications Regulatory Board of
Puerto Rico; GLORIA ESCUDERO-MORALES, in her official
capacity as Associate Member of the Telecommunications
Regulatory Board of Puerto Rico; NIXYVETTE SANTINI-HERNÁNDEZ,
in her official capacity as Associate Member of the
Telecommunications Regulatory Board of Puerto Rico,
Defendants.

---

**ERRATA SHEET**

The opinion of this Court issued on December 9, 2011, is amended as follows:

On page 14, line 1: Replace "statue" with "statute"